UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------- x
LAWRENCE J. BOUCHE, CELIA M. BROWN, :
REGINA R. BROWNING, HELEN C. DAVIS, :
SHARON DOGGETT, LAVERNE GILLAN, :
HELEN GULTIA, MELANIE A. JACKMAN, :
CONNIE JACKSON, LINDA JOHNSON, :
KAREN JONES, KATHRYN A. LEMME, :
DAWN M. LINDSEY-GREGORY, TOMMIE G. :
MORRIS, CHARLOTTE NELSON, PHYLISA G. :
PALMER, CYNDIE W. ROWLETT, CINDY K. :
SMITH, SUZANNE M. TIBBITTS, MABRUKA :
WHITMORE, :
   :
   Plaintiffs. : Civil Action
v. : No. 04-11326-GAO
   :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
   :
   Defendants. :
----------------------------------- x

**<u>NOTICE OF APPEARANCE</u>**

      Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 14, 2004
    Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800


Counsel for Defendant
  Boehringer Ingelheim Pharmaceuticals, Inc