UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LAWRENCE J. BOUCHE, CELIA M. BROWN, REGINA R. BROWNING, HELEN C. DAVIS, SHARON DOGGETT, LAVERNE GILLAN, HELEN GULTIA, MELANIE A. JACKMAN, CONNIE JACKSON, LINDA JOHNSON, KAREN JONES, KATHRYN A. LEMME, DAWN M. LINDSEY-GREGORY, TOMMIE G. MORRIS, CHARLOTTE NELSON, PHYLISA G. PALMER, CYNDIE W. ROWLETT, CINDY K. SMITH, SUZANNE M. TIBBITTS, MABRUKA WHITMORE,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

Civil Action
No. 04-11326-GAO

---

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  July 14, 2004                                                  Respectfully submitted,
      Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Of Counsel:                                                            One Beacon Street
Barbara Wrubel                                                         Boston, Massachusetts 02108
Katherine Armstrong                                                    (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                                         Counsel for Defendant
                                                   Boehringer Ingelheim Pharmaceuticals, Inc.