UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
LAWRENCE J. BOUCHE, CELIA M. BROWN, :
REGINA R. BROWNING, HELEN C. DAVIS, :
SHARON DOGGETT, LAVERNE GILLAN, :
HELEN GULTIA, MELANIE A. JACKMAN, :
CONNIE JACKSON, LINDA JOHNSON, :
KAREN JONES, KATHRYN A. LEMME, :
DAWN M. LINDSEY-GREGORY, TOMMIE G. :
MORRIS, CHARLOTTE NELSON, PHYLISA G. :
PALMER, CYNDIE W. ROWLETT, CINDY K. :
SMITH, SUZANNE M. TIBBITTS, MABRUKA :
WHITMORE, :
                    :
  Plaintiffs,           :    Civil Action
v.                  :    No. 04-11326-GAO
                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
                    :
  Defendants.           :
------------------------------------- x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 2, 2004  
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant,  
Indevus Pharmaceuticals, Inc.