UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LAWRENCE J. BOUCHE, CELIA M. BROWN, :
REGINA R. BROWNING, HELEN C. DAVIS,
SHARON DOGGETT, LAVERNE GILLAN, :
HELEN GULTIA, MELANIE A. JACKMAN,
CONNIE JACKSON, LINDA JOHNSON, :
KAREN JONES, KATHRYN A. LEMME,
DAWN M. LINDSEY-GREGORY, TOMMIE G. :
MORRIS, CHARLOTTE NELSON, PHYLISA G. :
PALMER, CYNDIE W. ROWLETT, CINDY K.
SMITH, SUZANNE M. TIBBITTS, MABRUKA :
WHITMORE,
            :
    Plaintiffs,   :   Civil Action
v.                      :   No. 04-11326-GAO
                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME   :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-  :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,   :
                                    :
    Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 2, 2004
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant,
Indevus Pharmaceuticals, Inc.